**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**BRUCE EDWARDS** **NO.: 25-1142-SDD-EWD**

**VERSUS**

**CITY OF BATON ROUGE** **CIVIL ACTION**

**JOINT NOTICE OF SETTLEMENT**

In accordance with Local Rule 16(c), the parties jointly notify the Court that Plaintiff, Bruce Edwards, and the City of Baton Rouge/Parish of East Baton Rouge ("City/Parish") have reached an agreement to settle the above-captioned case.

**WHEREFORE**, Plaintiff and the City/Parish jointly pray for a sixty-day conditional order of dismissal.

Respectfully submitted,

*Attorneys for Plaintiff*

**RESPECTFULLY SUBMITTED:**
**A. GREGORY ROME**
**PARISH ATTORNEY**

**/s/ Michael P. Schillage**
**Michael P. Schillage (#35554)**
**Section Chief of Litigation**
**LaToya D. Jordan (#33208)**
**Sr. Special Assistant Parish Attorney**
222 St. Louis Street, Suite 902
Baton Rouge, Louisiana 70802
Tel.: (225) 389-3114
Fax: (225) 389-8736
Email: mschillage@brla.gov
ljordan@brla.gov

**BIZER & DeREUS, LLC**
*Attorneys for Plaintiff*

/s/ Andrew D. Bizer
ANDREW D. BIZER (LA # 30396)
GARRET S. DEREUS (LA # 35105)
EVA M. KALIKOFF (LA # 39932)
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996
Email: andrew@bizerlaw.com
gdereus@bizerlaw.com
eva@bizerlaw.com