**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**BRUCE EDWARDS** **NO. 25-1142-SDD-EWD**

**VERSUS**

**CITY OF BATON ROUGE** **CIVIL ACTION**

**MOTION TO DISMISS WITH PREJUDICE**

**NOW COMES,** Plaintiff, Bruce Edwards, in the above entitled and numbered cause, through undersigned counsel, and on suggesting to the Court that all claims have been compromised and settled with all defendants, and moves that all claims against the defendants, be dismissed, with prejudice, with each party to bear their own costs.

Respectfully submitted,

*Attorney for Plaintiff*

*/s/ Andrew D. Bizer*
Andrew D. Bizer (#30396)
3319 St. Claude Ave.
New Orleans, LA 70117
(504) 619-9999 (p) / (504) 948-9996 (f)
Email: andrew@bizerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record on June 11, 2026, by ECF filing.

**/s/ Andrew D. Bizer**
**Andrew D. Bizer**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**BRUCE EDWARDS** **NO. 25-1142-SDD-EWD**

**VERSUS**

**CITY OF BATON ROUGE** **CIVIL ACTION**

**ORDER**

**CONSIDERING** the above and foregoing Motion to Dismiss with Prejudice filed by the plaintiff, Bruce Edwards:

**IT IS HEREBY ORDERED**, **ADJUDGED, AND DECREED** that the motion be hereby ***GRANTED*** dismissing Plaintiff's claims against the City/Parish with prejudice with each party to bear its own costs.

**THUS DONE AND ORDERED** in BATON ROUGE, LOUISIANA, on this ______ day of _________________, 2026.

______________________________________________

**HONORABLE SHELLY D. DICK**
**CHIEF JUDGE, MIDDLE DISTRICT OF LOUISIANA**