**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**BRUCE EDWARDS** **NO. 25-1142-SDD-EWD**

**VERSUS**

**CITY OF BATON ROUGE** **CIVIL ACTION**

**ORDER**

**CONSIDERING** the above and foregoing Motion to Dismiss with Prejudice filed by the plaintiff, Bruce Edwards:

**IT IS HEREBY ORDERED**, **ADJUDGED, AND DECREED** that the motion be hereby ***GRANTED*** dismissing Plaintiff's claims against the City/Parish with prejudice with each party to bear its own costs.

**THUS DONE AND ORDERED** in BATON ROUGE, LOUISIANA, on this 11th day of June, 2026.

Shelly D. Dick

**HONORABLE SHELLY D. DICK**
**CHIEF JUDGE, MIDDLE DISTRICT OF LOUISIANA**